UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY TABB,

                Plaintiff,

    v.

NAPHCARE, et al.,

                Defendants.

Case No. C21-5541 LK-TLF

ORDER

This matter comes before the Court on plaintiff's objections to the Court's order staying discovery (Dkts. 81, 82) and his request that the Court send him copies of all documents in the case (Dkt. 83). In plaintiff's objection, he again notifies the Court that to date, he has not received the full copy of the Naphcare defendants' motion to dismiss (Dkt. 31). He states that two pages of the motion were missing.

    The Court acknowledges defendants' declaration of service with respect to their motion to dismiss. Dkt. 31 at 10. However, in light of the concerns of missing pages and the fact that plaintiff's response to the Naphcare defendants' motion may therefore be incomplete, the Court instructs the Clerk's office to transmit to plaintiff (electronically) all documents related to the Naphcare defendants' motion to dismiss (Dkts. 31, 32, 33), plaintiff's response (Dkts. 41, 42, 43, 44) and defendants' reply brief (Dkt. 47).

    With respect to his request that the Court send him all documents that have been filed in this case, the Court instructs the Clerk's office to transmit electronically only

ORDER - 1

plaintiff's amended complaint (Dkt. 15) for now. Plaintiff recently transferred custody from one facility to another; there may be some delay in the transportation of his legal materials and plaintiff may inform the Court if he still does not have copies of the legal documents when he submits his supplemental response that is due October 21, 2022.

The Clerk's office is also directed to re-note the Naphcare defendants' motion to dismiss for October 28, 2022. Plaintiff will have until **October 21, 2022,** to file any supplemental response to defendants' motion to dismiss, and defendants will have until October 28, 2022, to file a supplemental reply brief, if any.

Dated this 22nd day of September, 2022.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2