UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Danny Tabb,<br><br>                Plaintiff,<br>   v.<br>Naphcare et al. ,<br><br>              Defendants. | Case No. 3:21-5541-LK-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR JULY 26, 2024 |

Plaintiff (unrepresented and proceeding *in forma pauperis*) brings this action under 42 U.S.C. § 1983 against defendants NaphCare, Pierce County, Ashley Valencia, Robert Wargacki, and Jaime Simpson. Dkt. 121 (Amended Complaint). Plaintiff alleges he has been denied medical care and reasonable accommodations for his disability while incarcerated at the Pierce County Jail.

Plaintiff filed this under in July 2021. Dkt. 1-1, 9. The Court declined to direct service of the complaint due to deficiencies in his claims, but granted him leave to amend, and he filed an amended complaint. Dkt. Nos. 14–15. The Court then granted Defendants' motions to dismiss the amended complaint and granted Mr. Tabb leave to file a second amended complaint, and Mr. Tabb filed his second amended complaint on August 10, 2023. Dkt. Nos. 118, 12.

On May 1, 2024, the Court dismissed Plaintiff's claims against Kevin Benton, John Doe, and Chief Patti Jackson-Kidder without leave to amend, and denied Pierce

REPORT AND RECOMMENDATION - 1

County and NaphCare's motion to dismiss. Dkt. 167. Defendants Jaime Simpson, Ashley Valencia, Robert Wargacki's motion to dismiss is still pending. Dkt. 151.

On May 6, 2024 and May 13, 2024, the Postal Service returned the Court's orders sent to Plaintiff's address as undeliverable. Dkts. 168, 169, 170. The Court entered an order to show cause on June 4, 2024, directing Plaintiff to update his address by July 5, 2024. Dkt. 172. This order was also returned to the Court as undeliverable. Dkt. 173. The Court has not received an updated address from Plaintiff to date. Plaintiff was informed that if he failed to notify the Court and opposing parties of his current mailing address by July 5, 2024, the Court may dismiss the action without prejudice for failure to prosecute. Dkt. 172.

Pursuant to Local Civil Rule 42(b)(2), a party proceeding *pro se* shall keep the Court and opposing parties advised of their current mailing address. Local Rules, W.D. Wash. (LCR) 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of their current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

Plaintiff has failed to update his address since May 6, 2024, when the Court first received the returned mail from the Postal Service. Plaintiff has failed to file a response to the Court's order to show cause to update his address; more than 60 days have passed since a mailing directed to Plaintiff was returned by the Postal Service. As Plaintiff has failed to prosecute this case and failed to comply with the Court's Local Civil Rules, the Court recommends Plaintiff's amended complaint (Dkt. 121) and this case be dismissed without prejudice. The Court further recommends that Defendants'

pending motion to dismiss (Dkt. 151) be stricken or denied as moot. A proposed order and judgment accompany this report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **July 26, 2024**, as noted in the caption.

Dated this 11th day of July, 2024.

Theresa L. Fricke
United States Magistrate Judge